DAYTON BAR ASSOCIATION *v.* WIECHEL.

[Cite as *Dayton Bar Assn. v. Wiechel* (1991), 62 Ohio St.3d 227.]

(No. 91–1255—Submitted September 11, 1991—Decided December 18, 1991.)

*Richard S. Sutton,* for relator.
*David C. Greer,* for respondent.

*Per Curiam.* We agree that respondent violated DR 6–101(A)(3) as found by the board. We also concur in the board's recommendation and hereby publicly reprimand respondent. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.